IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RASAON CARR, | : | Case No. 1:23-cv-323 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| ONETOUCHPOINT, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4) and TERMINATING CASE

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections to the Report have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court **ADOPTS** the Recommendation and **ORDERS**:

(1) Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** under the screening standards of 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Report.

(2) The Court **DECLINES** to exercise jurisdiction over the state law claims and accordingly **DISMISSES WITHOUT PREJUDICE** the state law claims.

(3) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would

not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds, Jones v. Bock*, 549 U.S. 199, 203 (2007). Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

(4) This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND